# United States Court of Appeals
## For the First Circuit

---

No. 10-1746

KENNETH EDLOW,

Plaintiff, Appellant,

v.

RBW, LLC,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on August 27, 2012 is amended as follows:

Page 5, Line 11:  "9(3)" should be "9(e)".